IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DWIGHT ANTONIO HOWARD

VS.   CIVIL ACTION NO. 1:13cv534-KS-MTP

CHIQUITA BROWN, ET AL

<u>ORDER</u>

This cause came on this date to be heard on Report and Recommendation [29] of U.S. Magistrate Judge Michael T. Parker entered herein on the 6th day of March, 2014, after referral of hearing by this Court, Objection [30] filed by the Petitioner, and the Court having fully reviewed same and being duly advised in the premises finds, that the Objection makes no effort to address the Report and Recommendation and the only evidence before the Court is that the administrative remedies were not exhausted by the Petitioner and the Court finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be and the same is hereby adopted as the finding of this Court and the Complaint is hereby dismissed without prejudice. A separate Judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED on this the 31st day of March, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATIONS of Magistrate Judge Michael T. Parker dismissing Complaint without prejudice. A separate Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure shall be entered.